GEORGE RUBENSTEIN, Respondent, *v.* MAX RADT, Appellant.

*Rubenstein* v. *Radt*, 134 App. Div. 966, appeal dismissed.
(Argued January 3, 1910; decided January 11, 1910.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 8, 1909, which affirmed an order directing that the issues raised by the separate defense and counterclaim in defendant's answer be placed upon the Special Term calendar for trial.

The motion was made upon the ground that the appeal was unauthorized being taken from an intermediate order, not finally determining the action.

*John W. Searing* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.